**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 00-6565**

————————————

TIMOTHY LLOYD,

　　　　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　　versus

MICHAEL W. MOORE, Director of South Carolina
Department of Corrections; RICHARD WITKOWSKI,
Warden for Dutchman Correctional Institution;
PAUL W. BREWTON, Major of Security for Dutch-
man Correctional Institution; BURKE BROWN,
Principal for Dutchman Correctional Institu-
tion; DUTCHMAN CORRECTIONAL INSTITUTION, mem-
bers of classification committee,

　　　　　　　　　　　　　　　　　　Defendants - Appellees.

————————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Solomon Blatt, Jr., Senior District
Judge.  (CA-98-1415-9-8RB)

————————————

Submitted:  September 8, 2000　　Decided:  September 15, 2000

————————————

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Timothy Lloyd, Appellant Pro Se.  William Ussery Gunn, Shelton Sterling Laney, III, HOLCOMBE, BOMAR, GUNN & BRADFORD, P.A., Spartanburg, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Lloyd appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint.  We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Lloyd v. Moore</u>, No. CA-98-1415-9-8RB (D.S.C. Apr. 5, 2000).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on April 4, 2000, the district court's records show that it was entered on the docket sheet on April 5, 2000.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2